125 A.3d 774

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Westley A. CLEVENGER, Respondent.**

Supreme Court of Pennsylvania.

Nov. 17, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2015, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** for reconsideration in light of *Commonwealth v. Carrasquillo,* 631 Pa. 692, 115 A.3d 1284 (2015), and *Commonwealth v. Hvizda,* 632 Pa. 3, 116 A.3d 1103 (2015).

The Petition to Remand is **DENIED.**